IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR ALLEN HOBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 2:24-CV-1078-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 18, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

1               Accordingly, IT IS HEREBY ORDERED as follows:

2               1.      The findings and recommendations filed November 18, 2024, ECF No. 12, are adopted in full.

3               2.      This action shall proceeds on Plaintiff's first amended complaint as to Plaintiff's Eighth Amendment claim against Defendant Trantham.

3               3.      Defendants Amador County Sheriff's Department and Captain Stone are dismissed with prejudice for failure to statue a claim.

4               4.      This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated:  January 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2